UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-22555-CIV-UNGARO-BENAGES
(03-20712-CR-UNGARO-BENAGES)

HUNTER DEMARICK,

      Movant,

vs.

UNITED STATED OF AMERICA,

      Respondent.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on Movant's Motion under 28 U.S.C. § 2255. DE 1. The matter was referred to Magistrate Judge White, who on March 20, 2007, issued a Report (DE 10) recommending that the Motion be denied. *See* DE 10 (Report) at 7. The parties have not objected to the Report.[1]

Accordingly, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (DE 10) is RATIFIED, AFFIRMED AND ADOPTED. It is further

ORDERED AND ADJUDGED that Movant's Motion under 28 U.S.C. § 2255 (DE 1) is DENIED.

---

[1] The Court has considered Movant's Motion (DE 12) seeking reconsideration of the Report in light of Movant's "Traverse" (DE 11). However, Movant's arguments do not affect the analyses upon which the Report is based. *Compare* DE 10 (Report), *with* DE 11 (Traverse).

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of April, 2007.

*[signature]*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
Hunter Demarick, *pro se*